IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEVADA
LAS VEGAS DIVISION

| | |
|---|---|
| IN RE: § | |
| § | |
| RICHARD DONALD FLOWERS § | CASE NO. 07-18112-BAM-13 |
| STACEY ANNE FLOWERS § | CHAPTER 13 |
| § | |
| § | JUDGE MARKELL, BRUCE A. |

## REQUEST FOR SERVICE OF NOTICE

TO THE DEBTOR(S), TRUSTEE, ALL CREDITORS AND ALL OTHER INTERESTED PARTIES:

You are hereby given notice that Brice, Vander Linden & Wernick, P.C. has been engaged by the creditor identified below to serve as its authorized agent in this matter:

**America's Servicing Company**

and its successors and/or assigns.

You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to, notices required by Bankruptcy Rules 2002 and 3017(a) and the Local Rules of the Bankruptcy Court upon the undersigned at the address indicated below.

<u>MAIL TO :</u>
P. O. Box 829009, Dallas, Texas  75382-9009

Respectfully submitted,
Brice, Vander Linden & Wernick, P.C.


<u>/s/ Hilary B. Bonial</u>
Hilary B. Bonial

F# 7695-N-8921
9441 LBJ Freeway, Suite 350
Dallas, Texas 75243
(972) 643-6600 / (972) 643-6698 (Telecopier)
E-mail Address: notice@bkcylaw.com
Authorized Agent for America's Servicing Company

2

**CERTIFICATE OF SERVICE**

I, Hilary B. Bonial, hereby certify that a true and correct copy of the foregoing Request for Service of Notice has been served upon the following parties in interest either via pre-paid regular U.S. Mail or via electronic notification on or before December 14, 2007:

**Debtors' Attorney**
Anthony Deluca
Attorney At Law
5830 W. FLAMINGO RD., #233
LAS VEGAS, NV 89103

**Chapter 13 Trustee**
Rick A. Yarnall
701 Bridger Ave #820
Las Vegas, Nevada  89101

/s/ Hilary B. Bonial
Hilary B. Bonial
Lawrence J. Buckley

7695-N-8921
noaelect